PAPERS IN FILE
[None]

# IN THE MATTER OF SOLOMON SIBLEY AND CHRISTIAN HOFFMAN, EXECUTORS OF THE LAST WILL AND TESTAMENT OF GEORGE HOFFMAN, DECEASED

### 1810

JOURNAL ENTRIES

| | | |
|---|---|---|
| 1. Petition, etc., filed; motion; order . . . . | *Journal, infra,* \*p. | 281 |
| 2. Statement by district court judges . . . . . . . | " | 283 |
| 3. Motion for writ . . . . . . . . . . . . | " | 284 |
| 4. Argument heard . . . . . . . . . . . . | " | 284 |
| 5. Opinion delivered . . . . . . . . . . . | " | 285 |
| 6. Order . . . . . . . . . . . . . . | " | 285 |
| 7. Opinion . . . . . . . . . . . . . | " | 286 |
| 8. Return delivered and filed . . . . . . . . | " | 292 |
| 9. Continuance . . . . . . . . . . . . | " | 293 |
| 10. Proceedings ordered transmitted . . . . . . . | " | 414 |

PAPERS IN FILE
[None]